741 A.2d 720

**Linda D. EDENS (Tague), Respondent,**

v.

**William L. EDENS, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 2, 1999.

William L. Edens, pro se.

## *ORDER*

PER CURIAM.

**AND NOW**, this 2nd day of December, 1999, the petition for allowance of appeal is denied, and petitioner's "Motion to Allow Attached Answer to Respondent's Brief in Opposition" is likewise denied.